UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:03-00149 |
| | ) | Judge Wiseman |
| | ) | |
| DARRELL CHANEY | ) | |

### MOTION TO SERVE AS ELBOW COUNSEL

By Order entered October 19, 2011, the court appointed undersigned counsel to research and consult with Mr. Chaney to determine whether he is eligible for a sentence reduction based upon the Fair Sentencing Act and 2011 retroactive crack sentencing guidelines amendment.

In accordance with that order, defense counsel has researched the issue and corresponded with Mr. Chaney. Subsequent to this correspondence, Mr. Chaney filed a *pro se* Motion Pursuant to 18 U.S.C.S. § 3582. (D.E. 123). Defense counsel has no arguments to supplement those made by Mr. Chaney, but asks the Court to allow undersigned counsel to remain as elbow counsel so that she may consult Mr. Chaney should any new law be decided in support of his position.

Respectfully submitted,

　　s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR# 017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047